## A11A1859. SAULS v. THE STATE.
(751 SE2d 495)

BOGGS, Judge.

In *Sauls v. State*, 293 Ga. 165 (744 SE2d 735) (2013), the Supreme Court reversed the judgment of this Court in *State v. Sauls*, 315 Ga. App. 98 (728 SE2d 241) (2012). We therefore vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Dillard and Branch, JJ., concur.*

DECIDED NOVEMBER 13, 2013.

*Matthew C. Krull, Solicitor-General, Sherrill Britt, Assistant Solicitor-General*, for appellant.

*Allen M. Trapp, Jr.*, for appellee.